**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ROY DEAN SMITH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2594-G** |
| | ) | |
| **THE STATE OF OKLAHOMA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## REPORT AND RECOMMENDATION

Petitioner—a state prisoner seeking habeas relief under 28 U.S.C. § 2254 and appearing pro se,[1]—has submitted an application for leave to proceed in forma pauperis (IFP). Doc. 2. Having reviewed the application, the undersigned finds Petitioner has sufficient funds to pay the $5 filing fee. Specifically, Petitioner has a balance of $85.95 in his prison account. *See id.* at 3-4 & Att. 1. Because Petitioner has not shown that he is entitled to authorization by this Court to proceed without payment of the $5 filing fee, *see* 28 U.S.C. § 1915(a)(1), the undersigned recommends that the Court deny Petitioner's IFP application.

---

[1] United States District Judge Charles Goodwin referred this matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). *See* Doc. 4.

The undersigned further recommends the Court dismiss this case without prejudice unless Petitioner pays the $5 filing fee in full to the Clerk of Court within twenty-one (21) days of any order adopting this Report and Recommendation. *See* LCvR3.3(e).

The undersigned advises Petitioner that he may file an objection to this Report and Recommendation with the Clerk of Court **on or before October 19, 2026**. The undersigned further advises Petitioner that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *See Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

The undersigned directs the Clerk of Court to transmit a copy of this Report and Recommendation through electronic mail to the Attorney General of the State of Oklahoma at the following address: fhc.docket@oag.state.ok.us.

This Report and Recommendation disposes of all issues and terminates the referral to the undersigned Magistrate Judge in the captioned matter.

**ENTERED** this 28th day of September, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE